[No. 2611–2.   Division Two.   February 14, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND RAMSDELL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67553, John H. Kirkwood, J., entered October 22, 1976. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 3056–2.   Division Two.   February 16, 1978.]

C. MIKALSON BISHA, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 777037, James A. Noe, David W. Soukup, Peter K. Steere, and Ward Roney, JJ., entered May 9, 1975. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2346–3.   Division Three.   February 17, 1978.]

SANDRA D. MORRIS, *Respondent,* v. STATE FARM LIFE INSURANCE CO., *Respondent,* SHARON ANN ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 228652, Donald N. Olson, J., entered March 21, 1977. *Affirmed* by unpublished per curiam opinion.